UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| MICHAEL-STEVE COX, | Case No.: 3:25-cv-00600-ART-CSD |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| HENLEY, et al., | |
| Defendants. | |

Plaintiff Michael-Steve Cox, who is incarcerated in the custody of the Nevada Department of Corrections ("NDOC"), assigned Offender ID #40295, and also known as Steve M. Cox, has submitted a pro se civil-rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis* by an inmate at Northern Nevada Correctional Center. (ECF Nos. 1-4, 1, 4). Cox's complaint is defective because he did not personally sign it. The Court will give Cox an opportunity to correct this defect.

I.  DISCUSSION

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

The Court cannot consider Cox's complaint because he did not personally sign it. (*See generally* ECF No. 1-4). Cox must file a signed complaint to proceed with this lawsuit. Merely filing a signature page will not be enough. Cox must file the sign complaint on this Court's approved prisoner civil-rights form, and it must be titled "First Amended Complaint." Cox is cautioned that because an amended complaint replaces the complaint before it, the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989).

**II.    CONCLUSION**

It is therefore ordered that Plaintiff has **until December 3, 2025**, to submit a signed amended complaint on this Court's approved form.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order.

The Clerk of the Court is directed to send Plaintiff Cox the approved form for filing a civil-rights complaint by an inmate with instructions and a courtesy copy of his original unsigned complaint (ECF No. 1-4).

DATED: November 3, 2025

_____
UNITED STATES MAGISTRATE JUDGE

2